## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**PRELIMINARY HEARING**
Before the Honorable Robert H. Jacobvitz

_x_Chris Wilson, Courtroom Deputy             FTR Recording
_x_I certify that en electronic sound          Time Commenced: 1:47 pm
recording of this proceeding was made

December 21, 2009

PH: Stay
Larry and Louise Deming, No. 13-05-10436-j13
US Bank: Karen Bradley, phone
Dtrs: Bud Kirk (no appearance)


**SUMMARY: Order coming.**